| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Melancon, Tucker L. | 2. Court or Organization USDC for W District of LA | 3. Date of Report 07/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 800 Lafayette Street Suite 4700 Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | National Coalition for Cancer Survivorship |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Melancon, Tucker L.**

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 07/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | New York Life Insurance Company - Annuity | $26,330.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-employed/Sculptor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Coalition for Cancer Survivorship | 4/28/10 - 4/30/10 | Washington DC | Board of Directors Mtg | Lodging, meals, transportation, and taxi fares |
| 2. | National Coalition for Cancer Survivorship | 10/4/10 - 10/6/10 | Washington DC | Board of Directors Mtg | Lodging, meals, and taxi fares |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 07/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 07/13/2011 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common Stock Southeast Central LA Premium Finance Co | | None | | | Closed | 03/31/10 | J | | See Note 1 in Part VIII |
| 2. Common Stock Life Insurance Co of Alabama | A | Dividend | J | T | | | | | |
| 3. Working Interest - JR Rushing #1, DeSoto Parish, LA | | None | J | W | | | | | |
| 4. Working Interest - Brashing #1, DeSoto Parish, LA | | None | | | Merged (with line 9) | 01/01/10 | J | | See Note 2 in Part VIII |
| 5. Working Interest - Ark-LA-Tex, DeSoto Parsih, LA | A | Distribution | J | W | | | | | |
| 6. Royalty Int - Silver Pines, DeSoto Parish, LA | | None | J | W | | | | | |
| 7. Royalty Int - Grisby Petroleum, DeSoto Parish, LA | | None | J | W | | | | | |
| 8. Royalty Int - Berry Petroleum, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 9. Royalty Int - Silver Oak, DeSoto Parish, LA | B | Royalty | J | W | | | | | See Note 2 in Part VIII |
| 10. Royalty Int - BSI Op LLC, DeSoto Parish, LA (X) | A | Royalty | J | W | | | | | |
| 11. Royalty Int-Shell Western E&P, DeSoto Parish, LA (X) | A | Royalty | J | W | | | | | |
| 12. Royalty Int-Encane O&G Inc, DeSoto Parish, LA (X) | A | Royalty | J | W | | | | | |
| 13. Royalty Int-Sun Resources, DeSoto Parish, LA (X) | A | Royalty | J | W | | | | | |
| 14. Chase Acct IRA (TLM): | | | | | | | | | |
| 15. -JP Morgan Liquid Assest | D | Int./Div. | L | T | | | | | |
| 16. -Cisco Systems | | None | J | T | | | | | |
| 17. -Int'l Business Machines | | None | | | Sold | 01/04/10 | K | | See Note 5 in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 07/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Worldsource Inc | | None | | | Closed | 12/31/10 | J | | Bankrupt |
| 19.   Chase Retirement Acct⬛): | | | | | | | | | |
| 20.   -Transamerica Life Ins Annuity (IRA) | | None | L | T | | | | | |
| 21.   Chase Premier Savings⬛ | | None | | | Closed | 01/04/10 | J | | |
| 22.   Capital One Saving⬛ | A | Int./Div. | L | T | | | | | |
| 23.   Ally Bank⬛ | B | Int./Div. | K | T | | | | | |
| 24.   LA Midstream Gas Serv LLC - Lease Bonus,DeSoto Parish (Y) LA | | | | | | | | | |
| 25.   Swepi LP - Lease Bonus, DeSoto Parish, LA (Y) | | | | | | | | | |
| 26.   Petrohawk - Lease Bonus, DeSoto Parish, LA (Y) | | | | | | | | | |
| 27.   Chesapeake Op Inc-Lease Bonus, DeSoto Parish,LA (X) | E | Rent | K | W | | | | | See Note in Part VIII |
| 28. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 07/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

7
#1:

Part VII - Investments and Trusts, Line 1
Southeast Central Louisiana Premium Finance Co dissolved effective 3/31/2010. Stock is no longer outstanding and has no value.

#2

Part VII - Investments and Trusts, Line 4 and 9
The Brashing #1 Royalty Interest (line 4) is not combined and reported with the Silver Oak Royalty Interest (Line 9)

#3

Part VII - Investments and Trusts, Line 18
Worldsource has declared bankruptcy and therefore has no income for 2010 and no value at 12/31/2010.

#4

Part VII - Investments and Trusts, Line 27
This investment income was a one time receipt of a lease bonus. There is no value placed on the lease bonus and no asset was purchased or acquired.

#5

Part VII - Investmets and Trusts, Line 17

Proceeds from sale of Int'l Business Machines were deposited into the JP Morgan Liquid Asset Trust Fund within the Chase IRA Account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544